2003 SEP 24 PM 3:19

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROBERT S. BARRICK, et al. | ) CASE NO. 1:02CV1999 |
| Plaintiffs | ) |
| | ) JUDGE GAUGHAN |
| v | ) MAGISTRATE JUDGE HEMANN |
| WHEELING & LAKE ERIE RAILWAY COMPANY, | ) STIPULATION OF DISMISSAL WITH PREJUDICE |
| JONES MOTOR CO., INC., and | ) |
| MERLE W. FARNHAM, | ) |
| Defendants. | ) |

NOW COMES the plaintiffs, Robert S. Barrick and Amy Barrick, by and through their attorneys, Patrick J. Harrington and James K. Schultz of HARRINGTON, THOMPSON, ACKER & HARRINGTON, LTD., the defendant, Wheeling & Lake Erie Railway Company, by and through its attorney, William F. Gibson of GALLAGHER, SHARP, FULTON & NORMAN, and defendants Jones Motor Co., Inc. and Merle W. Farnham, by and through their attorney, Mark D. Amaddio of MARK D. AMADDIO CO., L.P.A. and pursuant to Rule 41 of the Federal Rules of Civil Procedure, with the above-entitled action having been fully



compromised and settled, hereby stipulate and agree, that this matter may be dismissed in its entirety and with prejudice, all parties to bear their own costs.

Respectfully submitted,

_____
Patrick J. Harrington
James K. Schultz
Attorneys for Plaintiff
HARRINGTON, THOMPSON, ACKER
& HARRINGTON, LTD.
310 South Michigan Avenue, Suite 2000
Chicago, Illinois 60604

_____
William F. Gibson
GALLAGHER, SHARP, FULTON & NORMAN
Attorney for Defendant Wheeling & Lake Erie
1501 Euclid Avenue
7th Floor
Cleveland, Ohio 44115

M.D.A. per Consent - WFG
_____
Mark D. Amaddio
MARK D. AMADDIO CO., L.P.A.
Attorney for Defendants Jones and Farnham
1710 Ohio Savings Plaza
1801 East Ninth Street
Cleveland, Ohio 44114

So ordered.
[signature]
9/29/03